ADAM JOSEPH GALE
KIMBERLY ANN GALE
106 JERVIS MIMS RD
HATTIESBURG, MS 39401

HATTIESBURG CLINIC
415 SOUTH 28TH AVE
HATTIESBURG, MS 39401

SYNCHRONY BANK
ATTN: BANKRUPTCY
P.O. BOX 965065
ORLANDO, FL 32896

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

LEONOARD CORTEZ
300 CHALET DR
BLACK HAWK, CO 80422

UNITED HEALTHCARE
P.O. BOX 5032
KINGSTON, NY 12402

AFFIRM
443 IRVING DR
BURBANK, CA 91504

PENNYMAC
PO BOX 514387
LOS ANGELES, CA 90051

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

RELIAS EMERGENCY MEDIC
P.O. BOX 30275
CHARLOTTE, NC 28230-0207

BANK OF AMERICA
ATTN: BANKRUPTCY
P.O.BOX 15019
WILMINGTON, DE 19886

ROBINHOOD CREDIT
548 MARKET ST
SAN FRANCISCO, CA 94104

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

SHANON CORTEZ
106 JERVIS MIMS RD
HATTIESBURG, MS 39401

CITIBANK
P.O.BOX 790046
ST. LOUIS, MO 63179

SOUTHERN EYE CENTER
1420 S 28TH AVE
HATTIESBURG, MS 39402

FNB OMAHA
ATTN: BANKRUPTCY
P.O. BOX 3128
OMAHA, NE 68103

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

FORREST GENERAL
6051 US 49
HATTIESBURG, MS 39401

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896