Certificate Number: 17082-MSS-DE-041240766

Bankruptcy Case Number: 26-51170



17082-MSS-DE-041240766

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 23, 2026</u>, at <u>10:37</u> o'clock <u>AM MST</u>, <u>ADAM J GALE</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:   <u>July 23, 2026</u>                By:   <u>/s/Orsolya K Lazar</u>

                                          Name:   <u>Orsolya K Lazar</u>

                                          Title:   <u>Executive Director</u>