Certificate Number: 17082-MSS-DE-041240765

Bankruptcy Case Number: 26-51170



17082-MSS-DE-041240765

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2026, at 10:37 o'clock AM MST, KIMBERLY A GALE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 23, 2026                    By:     /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director